Brett L. McClure (State Bar No. 210855)
bmcclure@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California  90017-2427
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577

Attorneys for Plaintiff LARRY G. PHILPOT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY G. PHILPOT, | Case No. |
| Plaintiff, | **PLAINTIFF'S ORIGINAL COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND** |
| v. | |
| POW RECORDS, INC., | |
| Defendant. | |

Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff") files this Original Complaint and Jury Demand against Defendant POW Records, Inc. ("POW Records" or "Defendant") on personal knowledge as to all facts regarding himself and on information and belief as to all other matters, as follows:

## I.

## PRELIMINARY STATEMENT

POW Records used Philpot's extraordinary photograph of Tom Petty for its own commercial benefit without obtaining Philpot's permission, providing Philpot credit for his work, paying a license fee, or obtaining a license of any kind.  Simply put, POW Records used Philpot's copyrighted work and Philpot should have been paid for it.  Larry Philpot brings this lawsuit to enjoin POW Records' infringement of his work and to recover his damages.

1

PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## II.

## PARTIES

**A.    Plaintiff**

1.    Plaintiff Larry G. Philpot is a citizen and resident of the State of Indiana.  Philpot is a renowned freelance professional photographer who specializes in photographing concerts and musical performances across the United States.

**B.    Defendant**

2.    Defendant POW Records, Inc. is a California corporation with its principal place of business in California and resides in Los Angeles County, California.  POW Records may be served via its registered agent, Walter Weiss, at 501 S. Beverly Drive, Suite 220, Beverly Hills, California 90210.

## III.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising under the Constitution, laws, or treaties of the United States.

4.    This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

5.    This Court has personal jurisdiction over Defendant POW Records, Inc. because it is a California corporation and its principal place of business is in California and is therefore "at home" in the State of California.

6.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant POW Records, Inc. or its agent resides, or may be found, in this District.

/ / /

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# IV.

## FACTUAL BACKGROUND

**A.    The Highly Competitive World of Freelance Concert Photography**

7.    To say that concert photography is a tough business is a severe understatement.  It requires artistic skills, business skills, and interpersonal skills. Before having the opportunity to even take a photo, concert photographers must invest in expensive equipment and negotiate to obtain access to the concert stage. At the concert, they must battle all the variables that arise from an uncontrolled setting—a rowdy crowd, horrible lighting that is always changing, and musicians constantly moving.  Not to mention, it is really loud.  As a result, despite all of their efforts and hard work, concert photographers often take photographs that are entirely unusable, where the rock stars appear as blurs and washy blobs.

8.    And, in today's technological age where anyone with a smart phone can take pictures at concerts, concert photography is becoming significantly more competitive, making it even more imperative to capture the perfect shot.  Because that is all that there is demand for—a few once-in-a-lifetime shots for each star.  It doesn't matter if a concert photographer takes 100 good shots of a star at a concert—an article about Tom Petty, for example, only needs one picture of Tom Petty—the best one.

9.    In such a cutthroat environment, it is essential that concert photographers receive the compensation and credit to which they are entitled, but also need to advance their business.

10.    Each and every instance where a photographer does not receive proper attribution, or his work is misattributed, decreases the value of that photograph and the overall value of the photographer's portfolio.

**B.    Larry Philpot: A Professional Concert Photographer**

11.    Larry Philpot is a renowned freelance photographer who specializes in taking photographs of musicians at concerts, events, and with fans.  Philpot has

PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1  distinguished himself from amateur photographers by creating a highly coveted

2  portfolio that demands legal protection to preserve its standard.

3      12.    He has spent years perfecting his craft, and his photography business

4  includes licensing his works and photography engagements.

5      13.    Philpot is known for the unparalleled quality of his work.  He employs

6  photography techniques that involve precise angles, timing, assessment of light, and

7  other creative approaches that he has worked tirelessly to develop.  At a concert,

8  Philpot has the uncanny ability of connecting with the artist from the crowd.  In

9  addition, to ensure the highest quality photographs, Philpot uses state of the art

10  equipment.  He has invested tens of thousands of dollars in equipment.

11      14.    He has established a strong reputation for himself and his work, and

12  due to his professional reputation, he often obtains privileged access to take

13  photographs of musical performers at concerts.  Indeed, there are over one hundred

14  instances where Philpot has received exclusive press credentials.

15      15.    There is an extensive market and a demand for Philpot's photos that

16  includes, but is not limited to, the musicians themselves, the musicians' fans, record

17  labels, talent agencies, editorial organizations, media entities, radio stations, website

18  operators, and concert and event planners.  Philpot has been very successful in this

19  market.

20      16.    Philpot understands that part of being a professional photographer is to

21  market your works to gain widespread exposure, and that the high use of his

22  photographs has required licensing agreements and copyright protections.

23      17.    Philpot has entered into license agreements with Tom Petty and the

24  Heartbreakers for his photographs.

25      18.    Philpot has also licensed his work to various musicians in exchange for

26  attribution including, but not limited to, the musicians Kid Rock and Paul Stanley of

27  KISS.

28      19.    Further, Philpot has previously licensed several of his photographs

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1   through a stock photography agency called "Corbis" and its affiliate "Splash."

2   Philpot received monetary compensation through Corbis and Splash for licenses for

3   photographs he took of Prince, Madonna, Fleetwood Mac, and the 2015 Indianapolis

4   500 Race and Winner.

5        20.    Philpot has also been engaged as a photographer by Hoosier Park LLC

6   d/b/a Hoosier Park Racing & Casino to photograph "meet and greets" between

7   celebrities and fans.

8        21.    Philpot's portfolio and reputation as a premier photographer are critical

9   to his business.  The more his photographs are viewed with proper attribution, the

10   more access he can obtain to take celebrity photographs, and the more he can

11   command in licensing fees.

12   **C.    Philpot Creates the Tom Petty Photograph**

13        22.    On June 28, 2013, Philpot utilized his creative skill and several

14   photography techniques including precise angles, timing, assessment of light, and

15   other creative approaches to create a photograph of Tom Petty in Milwaukee,

16   Wisconsin (the "Tom Petty Photo").  A true and correct copy of the Tom Petty

17   Photo is attached as Exhibit A.

18        23.    The Tom Petty Photo is an original work that Philpot registered with

19   the United States Copyright Office as part of a collection of photographs titled

20   "Concert photographs through August 15, 2013" on August 15, 2013.  The Tom

21   Petty Photo is registered with the United States Copyright Office under Certificate

22   Number VAu 1-164-624.  A copy of the copyright registration certificate for the

23   "Concert photographs through August 15, 2013" collection is attached as Exhibit B.

24        24.    As the owner of the copyright in the Tom Petty Photo, Philpot has the

25   exclusive rights to (1) reproduce the Tom Petty Photo in copies, (2) prepare

26   derivative works based on the Tom Petty Photo, (3) distribute copies of the Tom

27   Petty Photo to the public by sale or other transfer of ownership, or by rental, lease,

28   or lending, and (4) display the Tom Petty Photo publicly.

25.     Philpot first displayed the Tom Petty Photo on September 12, 2013 on the Wikimedia website.  The original photo can be found at http://commons.wikimedia.org/wiki/File:Tom Petty 2013.jpg.  A copy of this webpage as it existed on January 18, 2018 with the Tom Petty Photo is attached as Exhibit C.

**D.     Philpot Licenses His Copyrighted Photographs**

26.     Philpot offers licenses for his copyrighted photographs, including the Tom Petty Photo in two ways.

27.     First, parties may obtain a license for one of these photographs by paying a monetary fee at Philpot's website, soundstagephotography.com.

28.     Second, parties may satisfy the requirements of a Creative Commons license without paying a monetary fee.

29.     A Creative Commons license is a simple, standardized copyright license that anyone can use to license their work.  The copyright holder designates their work as governed by a Creative Commons license, and anyone may use the work provided they adhere to the terms of the license.

30.     In an effort to market his freelance photography practice, Philpot offered the Tom Petty Photo through Wikimedia for distribution, public display, and public digital performance under a Creative Commons Attribution-ShareAlike 3.0 Unported Generic license (abbreviated as "CC BY-SA 3.0").  A copy of the CC BY-SA 3.0 license is attached as Exhibit D.

31.     This license allows anyone to use the work, provided that they, among other requirements:

　　　　a.     Include a copy of the Uniform Resource Identifier for the CC BY-SA 3.0;

　　　　b.     Provide attribution to the author of the work; and

　　　　c.     Provide the Uniform Resource Identifier that the licensor specifies to be included with the work.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

32.     The CC BY-SA 3.0 license is expressly made subject to the above requirements.  One does not obtain a license under the CC BY-SA 3.0 license unless they adhere to all of its terms, including but not limited to the terms identified above.

33.     The CC BY-SA 3.0 license also provides that "the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License."

34.     Insofar as the Creative Commons license requires the licensee to provide attribution and the website of the author of the work, the Creative Commons license provides economic value to the licensor just like advertising.

35.     Philpot would not have agreed to license the Tom Petty Photo without payment of the proper monetary license fee or the satisfaction of the Creative Commons license requirements.

**E.     Specific Restrictions on the Creative Commons License**

36.     Larry Philpot provided the following description on the Wikimedia website for the Tom Petty Photo, "Tom Petty strikes a pose in Milwaukee at Summerfest, June 28, 2013."  Philpot also provided the following attribution requirement: "You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work)."  Accordingly, in order to obtain a license under the CC BY-SA 3.0 license for the Tom Petty Photo, one must satisfy these attribution requirements.

**F.     POW Records Infringes Philpot's Copyright in the Tom Petty Photo.**

37.     Years after Philpot registered the copyright in the Tom Petty Photo on August 15, 2013, POW Records infringed Philpot's copyright in the Tom Petty Photo by publishing, copying, distributing, and publicly displaying the Tom Petty Photo on the passionweiss.com websites at http://www.passionweiss.com/2017/10/05/rip-tom-petty/ and https://i0.wp.com/www.passionweiss.com/wp-content/uploads/2017/10/petty.jpg.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

38.    A copy of these webpages as they appeared with the Tom Petty Photo is attached as Exhibit E.

39.    POW Records did not provide attribution to Philpot when it published the Tom Petty Photo.

40.    POW Records did not list or link to Philpot's website, soundstagephotography.com when it published the Tom Petty Photo.

41.    POW Records did not obtain a license under the CC BY-SA 3.0 license or otherwise to publish, copy, reproduce, distribute, or publicly display the Tom Petty Photo.

42.    And while POW Records did not obtain a license under the CC BY-SA 3.0 license because it did not comply with its terms in the first instance, should a court consider that POW Records did obtain such a license, that license automatically terminated upon POW Records' publication, copying, reproduction, distribution, and/or public display of the Tom Petty Photo.

43.    POW Records' unlicensed use of Philpot's Tom Petty Photo was for a commercial, non-educational use to generate business for POW Records.  POW Records' purpose is clear—to profit from Philpot's Tom Petty Photo without paying the customary price for a license.

44.    POW Records' use of the Tom Petty Photo was not transformative in that POW Records did not criticize or comment on the Tom Petty Photo.  Further, POW Records did not use the Tom Petty Photo for a technological function.  Indeed, POW Records used the Tom Petty Photo simply for its content—to depict Tom Petty.

45.    Not only does POW Records' unlicensed use of the Tom Petty Photo harm the market and value of the Tom Petty Photo, but widespread and unrestricted unlicensed use of the Tom Petty Photo would result in a substantially adverse impact on the potential market for the Tom Petty Photo.

46.    Despite his diligent efforts, Philpot discovered these infringements of

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

his Tom Petty Photo on October 27, 2017.

**G.     The Damage Done**

47.     Defendant POW Records received direct financial benefit from its willful, unlicensed use of Philpot's Tom Petty Photo.

48.     Defendant POW Records' unlawful conduct caused Plaintiff damages in the form of lost license fees, sales, and profits.

<div align="center">

**V.**

**CLAIMS**

</div>

**A.     Count One:  Copyright Infringement**

49.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

50.     Defendant POW Records operated and operates the passionweiss.com websites.

51.     Defendant POW Records published, copied, distributed, and publicly displayed the Tom Petty Photo at http://www.passionweiss.com/2017/10/05/rip-tom-petty/ and https://i0.wp.com/www.passionweiss.com/wp-content/uploads/2017/10/petty.jpg.

52.     Defendant's acts are and were performed without the permission, license, or consent of Plaintiff.

53.     Defendant acted with willful disregard of the laws protecting Plaintiff's copyrights.

54.     Defendant infringed Plaintiff's copyright in the Tom Petty Photo in violation of 17 U.S.C. § 501.

55.     Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

56.     Plaintiff is informed and believes and thereon alleges that the Defendant has obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will

require an accounting from the Defendant of all monies generated from the Tom Petty Photo.

57. In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each work willfully infringed by Defendant in an amount of $150,000 per work infringed.  In the event that the trier of fact does not find that Defendant willfully infringed Plaintiff's copyrights, Plaintiff is entitled to seek maximum statutory damages for each work infringed by Defendant in an amount of $30,000 per work infringed.

58. Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502 to prohibit further infringement of his copyrighted works.

59. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to seizure of the Tom Petty Photo and any and all articles by means of which copies of the Tom Petty Photo have been or may be reproduced, including but not limited to the websites and domain names on which these Photos appear.

60. Plaintiff is entitled to recover from the Defendant his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

## VI.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands that judgment be entered against Defendant as follows:

1. Pursuant to 17 U.S.C. § 502, that Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

1 permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights

2 in any manner, including generally, but not limited to reproducing, distributing,

3 displaying, performing or making derivatives of any of the Tom Petty Photo;

4      2.     Pursuant to 17 U.S.C. §§ 502 and 503, that this Court order the transfer

5 the domain names and websites for the following websites from Defendant to

6 Plaintiff:

7           a.     The passionweiss.com websites;

8      3.     Pursuant to 17 U.S.C. § 504, that Defendant be required to pay actual

9 damages and disgorgement of all profits derived by Defendant from its acts of

10 copyright infringement;

11      4.     That Defendant be required to perform a complete and full accounting

12 of all profits generated by Defendant from the Tom Petty Photo;

13      5.     Pursuant to 17 U.S.C. § 504, that upon Plaintiff's election, Defendant

14 be required to pay statutory damages up to $150,000 for each work infringed for its

15 acts of copyright infringement, and in the event the factfinder determines that

16 Defendant's infringement was not willful, that Defendant be required to pay

17 statutory damages up to $30,000 for each work infringed for its acts of copyright

18 infringement;

19      6.     Pursuant to 17 U.S.C. § 505, Defendant be required to pay Plaintiff the

20 costs of this action, prejudgment interest, and reasonable attorney's fees; and

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

7.     Plaintiff be granted all other and further relief to which he is entitled.

DATED:  October 27, 2020          Respectfully submitted,

FRANDZEL ROBINS BLOOM & CSATO, L.C.


By:        /s/ Brett L. McClure
           Brett L. McClure, Esq.
           California State Bar No.  210855
           Frandzel Robin Bloom & Csato, L.C.
           1000 Wilshire Boulevard, 19th Floor
           Los Angeles, California  90017-2427
           Telephone:  (323) 852-1000
           Facsimile:  (323) 651-2577
           Email:  bmcclure@frandzel.com

           **ATTORNEYS FOR PLAINTIFF**

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# EXHIBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-164-624

**Effective date of
registration:**

August 21, 2013

---

## Title

**Title of Work:** Concert photographs through August 15, 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

■        **Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Certification

**Name:** Larry G. Philpot

**Date:** August 15, 2013

---

**Registration #:**   VAU001164624
**Service Request #:**   1-979744461



Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States

# EXHIBIT C

 COMMONS

# File:Tom Petty 2013.jpg

 **Download** all sizes

From Wikimedia Commons, the free media repository



Size of this preview: 600 × 600 pixels.
Original file (900 × 900 pixels, file size: 519 KB, MIME type: image/jpeg)

| Open in Media Viewer |



**Use this file** on the web



**Use this file** on a wiki



**Email a link** to this file



**Information** about reusing



## Summary

| Description | **English:** Tom Petty strikes a pose in Milwaukee at Summerfest, June 28, 2013. |
|---|---|
| Date | 28 June 2013, 22:04:07 |
| Source | Own work |
| Author | NightshooterCredit: Photo by Larry Philpot, www.soundstagephotography.com |
| Permission (Reusing this file) | OTRS | This work is <u>free</u> and may be used by anyone for any purpose. If you wish to **use this content**, you do not need to request |

permission as long as you follow any licensing requirements mentioned on this page.

Wikimedia has received an e-mail confirming that the copyright holder has approved publication under the terms mentioned on this page. This correspondence has been **reviewed** by an OTRS member and stored in our permission archive. The correspondence is available to trusted volunteers as **ticket #2013070810006808**.

If you have questions about the archived correspondence, please use the OTRS noticeboard.

Ticket link: https://ticket.wikimedia.org/otrs/index.pl?Action=AgentTicketZoom& TicketNumber=2013070810006808

Photo by Larry Philpot, www.soundstagephotography.com

## Licensing

**I, the copyright holder of this work, hereby publish it under the following license:**

This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.



You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).
- **share alike** – If you alter, transform, or build upon this work, you may distribute the resulting work only under the same or similar license to this one.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | **01:48, 12 September 2013** | | 900 × 900 (519 KB) | Nightshooter (talk | contribs) | User created page with UploadWizard |

■ You cannot overwrite this file.

# File usage on Commons

There are no pages that link to this file.

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
|---|---|
| Camera model | Canon EOS 7D |
| Author | Larry Philpot |
| Copyright holder | 2013 Larry Philpot. |
| Exposure time | 1/320 sec (0.003125) |
| F-number | f/3.5 |
| ISO speed rating | 1,000 |
| Date and time of data generation | 22:04, 28 June 2013 |
| Lens focal length | 75 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Tom_Petty_2013.jpg&oldid=278738588"

**This page was last edited on 11 January 2018, at 17:45.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

# EXHIBIT D



# Creative Commons Legal Code

## Attribution-ShareAlike 3.0 Unported



*CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.*

## License

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

### 1. Definitions

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined below) for the purposes of this License.

c. **"Creative Commons Compatible License"** means a license that is listed at https://creativecommons.org/compatiblelicenses that has been approved by Creative Commons as being essentially equivalent to this License, including, at a minimum, because that license: (i) contains terms that have the same purpose, meaning and effect as the License Elements of this License; and, (ii) explicitly permits the relicensing of adaptations of works made available under that license under this License or a Creative Commons jurisdiction license with the same License Elements as this License.

d. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

e. **"License Elements"** means the following high-level license attributes as selected by Licensor and indicated in the title of this License: Attribution, ShareAlike.

f. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the

Creative Commons Legal Code                    https://creativecommons.org/licenses/by-sa/3.0/legalcode

terms of this License.

g. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

h. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

i. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

j. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

k. **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;

b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";

c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,

d. to Distribute and Publicly Perform Adaptations.

e. For the avoidance of doubt:

   i. **Non-waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;

   ii. **Waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect

            royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,

    iii.  **Voluntary License Schemes**. The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

    a.  You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(c), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(c), as requested.

    b.  You may Distribute or Publicly Perform an Adaptation only under the terms of: (i) this License; (ii) a later version of this License with the same License Elements as this License; (iii) a Creative Commons jurisdiction license (either this or a later license version) that contains the same License Elements as this License (e.g., Attribution-ShareAlike 3.0 US)); (iv) a Creative Commons Compatible License. If you license the Adaptation under one of the licenses mentioned in (iv), you must comply with the terms of that license. If you license the Adaptation under the terms of any of the licenses mentioned in (i), (ii) or (iii) (the "Applicable License"), you must comply with the terms of the Applicable License generally and the following provisions: (I) You must include a copy of, or the URI for, the Applicable License with every copy of each Adaptation You Distribute or Publicly Perform; (II) You may not offer or impose any terms on the Adaptation that restrict the terms of the Applicable License or the ability of the recipient of the Adaptation to exercise the rights granted to that recipient under the terms of the Applicable License; (III) You must keep intact all notices that refer to the Applicable License and to the disclaimer of warranties with every copy of the Work as included in the Adaptation You Distribute or Publicly Perform; (IV) when You Distribute or Publicly Perform the Adaptation, You may not impose any effective technological measures on the Adaptation that restrict the ability of a recipient of the Adaptation from You to exercise the rights granted to that recipient under the terms of the Applicable License. This Section 4(b) applies to the Adaptation as incorporated in a Collection, but this does not require the Collection apart from the Adaptation itself to be made subject to the terms of the Applicable License.

    c.  If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Ssection 3(b), in the case of an Adaptation, a credit identifying the use of the

Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4(c) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

d. Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

**5. Representations, Warranties and Disclaimer**

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**7. Termination**

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

**8. Miscellaneous**

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f. The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

### Creative Commons Notice

*Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.*

*Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of the License.*

*Creative Commons may be contacted at https://creativecommons.org/.*

# EXHIBIT E

recordcollectornews.com/2017/10/hello-to-wywires-farewell-to-petty/

KAPLAN'S KORNER October 18, 2017 0 COMMENTS »

# Hello to WyWires; Farewell to Petty

## KAPLAN'S KORNER

**Secret Weapon**

The WyWires phono cable might be the best component in my stereo and you really can't see it. It's like a stealth component in the war on noise. The instant I mounted it on the Ortofon 110 tonearm on the Merrill-Williams REAL 101.2 turntable I heard it. I mean didn't hear it. I mean I heard music. Not cable. More music. More music than ever. Which is especially thrilling when I'm listening to records that I've listened to 100 times already.

WHAT ARE YOU LOOKING FOR?

Search

PAID ADS

Needle Doctor
needledoctor.com
800-229-0644

When you expect more...
ORACLE AUDIO
Dealer inquiries:
819.864.0480
West Coast sales:
310.393.4434
oracle-audio.com

Type here to search

9:27 PM
10/27/2017

Hello to WyWires; Farewell to Pe

Not secure | recordcollectornews.com/2017/10/hello-to-wywires-farewell-to-petty/

RECORD COLLECTOR news

SERVING RECORD COLLECTORS WORLDWIDE AND BEYOND

Blog | Features | Advertiser Index – The Map | FaceBook Fun

Home | About Us | Rates & Specs | Subscribe | Convention Calendar | Music Reviews | Back Issues | Links

Kaplan's Korner » Hello to WyWires; Farewell to Petty

KAPLAN'S KORNER October 18, 2017 0 COMMENTS »

# Hello to WyWires; Farewell to Petty

KAPLAN'S KORNER

## Secret Weapon

The WyWires phono cable might be the best component in my stereo and you really can't see it. It's like a stealth component in the war on noise. The instant I mounted it on the Ortofon 110 tonearm on the Merrill-Williams REAL 101.2 turntable I heard it. I mean didn't hear it. I mean I heard music. Not cable. More music. More music than ever. Which is especially thrilling when I'm listening to records that I've listened to 100 times already.

(I realize some of you, dear reader, do not have enough time on the planet to listen to this many records that many times. Yet. Those of you, who's ears are still fresh and young. Enjoy them NOW. While you have them. And listen a lot)

WHAT ARE YOU LOOKING FOR?

Search

PAID ADS

Oracle Audio
oracle-audio.com
310-393-4434

Type here to search

6:04 PM
6/6/2020





