JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY WEISS,<br><br>　　　　Defendant. | Case No. 2:20-cv-09878-FMO (RAOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Fernando M. Olguin |

## **ORDER**

The Court having received and considered the parties' Stipulation Of Dismissal With Prejudice, and good cause appearing therefrom, the Court hereby orders:

This case is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: August 9, 2021

/s/
_____
Hon. Fernando M. Olguin

4317471v1 | 101311-0003